IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

United States                                    Plaintiff
        V.                    4:21-CR-00120-HFS
Jason M. Potter                                  Defendant

DECLARATION IN SUPPORT OF DEFENDANTS
MOTION TO DISCHARGE COUNSEL, & Speedy Trial

Jason M. Potter Hereby Declares:

I am a Pretrial Detainee and have had three attorneys from seperate offices do to Conflicts of Interest, through No fault of my own. While I was represented by Public Defender Steve Moss, I filed a Motion to Discharge Counsel do to Conflicts of Interest, and a hearing was held. In open court I made it an appoint early on my issues with Conflicting Representation The Court appointed me a C.J.A attorney name "AL White Jr." who I had for months as my attorney, who I also confided in. who I found out was also a Conflicting Interest. Because this issue was brought early on to the courts attention while Public Defender Steve Moss represented me

I feel the government and the court should of been duty bound to review the casefile to identify any potential conflicts of interest before I was appointed another attorney "Al White" who also was a Conflicting Interest. I feel as if this is more then mere neglegence but deliberate indifference to my 6th Amendment Rights. Further when "Al White Jr.", discharged himself from representing me, everything was done out of court, without my full knowledge, from my information and belief the court and my attorneys should of also been duty bound to explain the conflict and the source of the conflict, and the court should take note if I'd be prejudiced by allowing Al White to discharge himself from my case, which was also his case too. I feel as if I've been very prejudiced by this whole deal in many ways (which I've barely added in the motions I've filed).

This further seems to be a huge step down for I was appointed a new CJA attorney who is solo, no real team or full office, no resources to adequately represent me. This

defense, due process, and equal protection of the laws. My defense is not available, equal to that as the governments who has endless supply of resources and employees at their fingertips.

Lastly I've asked my attorneys to file suppression hearings and they refuse to.

I'm being forced to waive or give up Constitutional rights in order to assert statuatory and procedural rights.

By: Jason M. Potter          3/28/2022
Jason Potter #51307-509
Bates County Detention
6 West Fort Scott
Butler, Mo. 64730

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

UNITED STATES                                                                      PLAINTIFF

V.                        4:21-CR-00120 HFS

JASON POTTER, ET AL                                                              DEFENDANTS

DEFENDANT JASON POTTER'S MOTION TO DISCHARGE OR DEMOTE
COUNSEL AND PROCEED PRO SE

Comes now Defendant Jason Potter, (Defendant Potter) and for his motion states:

1.     Defendant Potter is currently incarcerated.

2.     Defendant Potter is presently represented by Lisa Nouri.

3.     Defendant Potter with this motion tenders two other motions for filing, pro se.

4.     Defendant Potter caused these pleadings to be emailed to Ms. Nouri on February 22, 2022.

5.     Defendant Potter is now informed that Ms. Nouri might be able to take a look at these pleadings in a week or so. She won't file them now, or say whether she will accept or reject said pleadings (subject to reasonable revision after consultation) when the time comes.

6.     Such an approach is altogether incompatible with Defendant Potter's constitutional and statutory rights to a fair and speedy trial.

7.     Therefore Defendant Potter sees no alternative save to proceed pro se.

1

8. Defendant Potter therefore requests that this Court either demote Ms. Nouri to standby counsel, or discharge her from representation, whichever the Court deems more appropriate.

9. Defendant Potter requests that this Court order Ms. Nouri to provide Defendant Potter with all files in her possession, related to this case, by promptly placing them in an electronic folder accessible to such person as Defendant Potter may direct.

WHEREFORE, Defendant Potter respectfully requests an order either demoting Lisa Nouri to standby counsel, or else discharging her altogether; allowing Defendant Potter to proceed pro se; ordering Ms. Nouri to provide all files and information to such party as may be directed by Defendant Potter, preferably by an efficient electronic transfer, but as a last resort in hard copy, by mail, or by such other method as may be suitable for the parties; and for such other and further relief as may be appropriate whether or not specifically requested.

By: *Jason Potter*      3/28/2022
Jason Potter, #51307-509      Date
Bates County Jail
6 West Ft. Scott
Butler, MO 64730

### CERTIFICATE OF SERVICE - PRISON MAILBOX RULE

Defendant by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date set forth above he placed a copy of this pleading in the jail/prison outgoing mail receptacle, with sufficient 1st class postage attached, addressed to the clerk of court for filing and service via CM/ECF.

2