United States DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

United States                                    Plaintiff
   V                    4:21-CR-00120 HFS
Jason Potter                                     Defendant

## Defendants Motion For Bond Hearing

Comes Now defendant Jason Potter and for his motion states:

1. Defendant Potter hereby request for a reasonable bond that is guaranteed by the 8th Amendment to the United States Constitution and the Bail Reform Act

2. Defendant Potter has a viable home plan and can meet all conditions of Bond

3. The government and court can set stipulation to insure defendants appearance for all court dates such as ankel monitoring, chips, gps chips, etc, home confinement.

WHEREFORE, defendant Potter respectfully request this court to grant a reasonable Bond

By Jason Potter                    3/28/2022
Jason Potter #51307-509
Bates County Jail
6 W. Ft. Scott
Butler, Mo. 64730

## CERTIFICATE OF SERVICE

Defendant by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date set forth above he placed a copy of this pleading in the jail outgoing mail receptacle with sufficient 1st class postage attached, addressed to the clerk of court for filing and service via CM/ECF