IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-00120-01-CR-W-HFS |
| | ) | |
| JASON POTTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending are several pro se motions filed by Defendant Jason Potter: Motion for Bond Hearing (Doc. 59), Motion for Disclosures Under Brady/Giglio, Etc. (Doc. 60), Motion for Disclosure of Cooperators (Doc. 61), and Motion for Early Presentence Report (Doc. 63). Pursuant to the Court's Scheduling, Trial and Continuance Order, "For defendants represented by counsel, the Court will **only** accept pretrial filings made by counsel. *Pro se* filings **will not** be accepted for defendants who are represented by counsel." Doc. 15 at 3 (emphasis in original). Because Defendant is represented by counsel, any relief he seeks must be filed by his attorney of record. Accordingly, Defendant's pro se Motion for Bond Hearing, Motion for Disclosures Under Brady/Giglio, Etc., Motion for Disclosure of Cooperators, and Motion for Early Presentence Report are **DENIED WITHOUT PREJUDICE**. If Defendant's counsel believes there is any merit to these pro se motions, she may file a separate motion on those issues.[1]

The Clerk's Office shall mail a copy of this Order via first class mail, postage prepaid, to Jason Potter, #51307-509, Bates County Detention Center, 6 West Fort Scott Street, Butler, MO 64730.

**IT IS SO ORDERED.**

DATE: April 12, 2022             /s/ W. Brian Gaddy
                                                                       W. BRIAN GADDY
                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] As explained during the hearing on April 12, 2022, Defendant's pro se request for appointment of new counsel (Doc. 58) was taken under advisement and remains pending.