IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

United States                    Plaintiff
v.                         4:21-CR-00120 HFS
Jason Potter                     Defendant

## Defendant Jason Potter's Motion to Terminate Counsel

Comes now defendant Jason Potter and for his motion states:

1. Defendant Potter is presently represented by Lisa Nouri

2. On April 12, 2022 in open court attorney Lisa Nouri openly stated her belief of defendant Jason Potter's Guilt by stateing "This is an open and shut case".

Wherefore, defendant Potter respectfully request an order terminating counsel.

By: Jason Potter #51307-509
Bates County Jail
6 West Fort Scott              April, 13, 2022
Butler, MO. 64730

# CERTIFICATE OF SERVICE

Defendant by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date set forth above he placed a copy of this pleading in the jail outgoing mail receptacle with sufficient 1st class postage attached, addressed to the clerk of court for filing and service via CM/ECF.